Re: Jaclyn Amanda Inge     Dec. 27, 2021
Docket Number: 2:19 CR 00090-001

Greetings
   Honorable Judge Doumar,

    I am respectfully writing this letter to request court appointed council and/or to modify my term of imprisonment to time served and to impose a special condition that I, Jaclyn Inge, serve a period of home confinement on supervised release. Such modification will permit me to serve the remainder of my prison sentence on home confinement. This measure will allow me to protect myself from the spread of the Covid-19 virus by sheltering in place at my residence in light of my underlying health problems which place me in the Covid-19 high risk category.

    I have exhausted my remedies and have attached those denials. I have requested compassionate release from the Warden and I have also requested review for the CARES act.

1. I am currently serving my 78 month sentence at Alderson Federal Prison Camp. I have maintained clear conduct and have successfully completed multiple programs. I am attaching my most recent Team Review report as well as my Recidivism

report which reflects my minimum security level.

Our "open-bay" facility is experiencing an outbreak of Covid-19. We currently have the highest number of cases in all of the Bureau of Prisons facilities. There are multiple inmates in the hospital on life support and there have been fatalities reported. Approximately 25% of the population is infected or have been deemed "recovered". With our living conditions, lack of medical care, and additional variants on the way, it is impossible to social distance and remain Covid free.

I have multiple risk factors. These include morbid obesity (BMI 46%), high blood pressure, history of smoking (over 25 years) and mitral-valve prolapse. I have requested my medical records and will forward upon reciept.

I am vaccinated and have recieved one dose of boostee vaccine, however vaccines do not prevent contraction, long-term covid or even death in all individuals.

Thank you for your consideration in this matter.

Respectfully yours,
Jaclyn A. Inge
93814-083